UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RICHARD L. VANDERHAGE,<br><br>            Defendant. | NO. CR-02-0129-EFS<br><br>**ORDER GRANTING AGREED MOTION TO DISMISS PETITION ON SUPERVISED RELEASE** |

Before the Court is the parties' Agreed Motion to Dismiss Petition on Supervised Release (Ct. Rec. 53). After reviewing the parties' submission and the recommendation of the assigned Probation Officer, the Court finds good cause exists to dismiss the outstanding supervised release petition. Accordingly, **IT IS HEREBY ORDERED**: the parties' Agreed Motion to Dismiss Petition on Supervised Release **(Ct. Rec. 53)** is **GRANTED**. The October 12, 2006, Supervised Release Violation hearing is **STRICKEN**. Defendant's supervised release is terminated.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___10th___ day of October 2006.

                                            S/ Edward F. Shea
                                            EDWARD F. SHEA
                             United States District Judge

Q:\Criminal\2002\0129.SRV.dismiss.wpd

ORDER - 1